AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Arturo Davila Bolanos,<br>a.k.a.: Arturo Bolanos-Davila,<br>(A 079 545 153)<br>_____<br>*Defendant* | )<br>)<br>)  Case No.  17-7522MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

*Arturo* ~~Pablo~~ Davila Bolanos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about March 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA  Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Richard G. Prunty,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 20, 2017

_____
*Judge's signature*

City and state:   Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1.  Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2.  On October 14, 2017, Arturo Davila Bolanos was booked into the Maricopa County Jail (MCJ) by the Chandler Police Department on local charges. While incarcerated at the MCJ, Davila Bolanos was examined by ICE Officer R. Silva who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 18, 2017, Davila Bolanos was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Davila Bolanos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3.  Immigration history checks revealed Arturo Davila Bolanos to be a citizen of Mexico and a previously deported criminal alien. Davila Bolanos was removed from the United States to Mexico at or near El Paso, Texas, on or about March 14, 2014, pursuant to an order of removal issued by an immigration judge. There is no record of Davila Bolanos in any Department of Homeland Security database to suggest that

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Davila Bolanos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Arturo Davila Bolanos was convicted of Reentry of Removed Alien, a felony offense, on March 13, 2014, in the United States District Court, District of New Mexico. Davila Bolanos was sentenced to twenty-two (22) days' incarceration. Davila Bolanos' criminal history was matched to him by electronic fingerprint comparison.

5. On October 18, 2017, Arturo Davila Bolanos was advised of his constitutional rights. Davila Bolanos freely and willingly acknowledged his rights and agreed to provide a statement under oath. Davila Bolanos stated that his true and complete name is "Arturo Davila Bolanos," and that he is a citizen of Mexico. Davila Bolanos stated that he illegally entered the United States "hace como 4 anos," through Texas. Davila Bolanos further stated that he had been removed from the United States to Mexico "8 o 10 veces," and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 14, 2017, ~~Pablo~~ Davila Bolanos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

at El Paso, Texas, on or about March 14, 2014, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of October, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge